Case No: _INITIAL_   Inmate Name: Helburn

Nathan Nicholas Helburn #98196   Inmate IDOC#: 98196
(full name/prisoner number)   Date: _____
Idaho Maximum Security Inst.   Document Title: Civil Right Complaint
P.O. Box 51   Total Pages: ___   Inmate Initials Verifying Page Count: ___
Boise, ID 83707
(complete mailing address)   Document(s) __1__ of __1__

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Nathan Nicholas Helburn,
(full name)
     Plaintiff,

v.

Corizon Inc.
Warden Ramirez
Bruce Cooper
Matthew Valley
Additional Defendants on Next Page
     Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

PRISONER COMPLAINT

Jury Trial Requested: ☒ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply):*

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Nathan Nicholas Helburn. I am a citizen of the State of Idaho, presently residing at Idaho Maximum Security Institute.

PRISONER COMPLAINT - p. 1 of 17   *(Rev. 10/24/2011)*

Additional Defendants:
Dr. April Dawson
Joshua Tuckett
Lt. Wayne Wilson
SGT. Jenkins
Gary Acree
Jane and John Does
Saint Luke's Hospital

Prisoner Complaint p. 2 of 17

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Corizon Inc.** (defendant), who was acting as **Medical Provider** (job title, if a person; function, if an entity)

   for the **Idaho Maximum Security Institute - IDOC** (state, county, city, federal government, or private entity performing a public function)

2. (Factual Basis of Claim) I am complaining that on **Sept - Oct 2015?** (dates), Defendant did the following (state how Defendant participated in the violation and include the reason Defendant so acted if known): Corizon didn't keep close enough tabs on employies and put Psycopaths in charge of incompetent Men. While I was getting the run around from Medical and Security staff on treatment for Cronic Myleoid Leukimia, I became sick with Pnumonia and collapsed lungs. I was evaluated twice by Bruce Cooper who diagnosed me with sprained ribs, informed Me I would not recieve a pain killer and sent Me back to my cell to die. I only survived because of Asprin Overdose.

3. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Cruel and unusual Punishment, and Idaho Code 18-4015 Assault with intent to Murder

4. I allege that I suffered the following injury or damages as a result: I suffered extream pain resulting in 2 weeks with out Sleep and I'm suprised I didn't die.

5. I seek the following relief: 1$ Nominal damages and Punitive damages awarded By the Jury.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 3 of 17

*(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Warden A. Ramirez** *(defendant)* who was acting as **Warden of I.M.S.I** *(job title, if a person; function, if an entity)*

for the **Idaho Department of Corrections** *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on **Sept-Oct 2015?** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: **As Warden of I.M.S.I, A. Ramirez did not keep tabs on his staff or Medical staff. Abuse on Inmates on C-Block, A.K.A. The Acute Mental Health Unit, was extream including beatings, maiming, and use of Chemical Agents for Behavior Modification. No Inmates were given Orientation or Inmate Handbooks. I'm filing a seperate lawsuit for Abuse by Medical security staff. The fact is Many inmates May have died from lack of Medical treatment like I almost did and his staff didn't investigate.**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: **Idaho Code 18-1701, Conspiracy to Idaho Code 18-4015 Assault with intent to Murder, Cruel and Unusual punishment**

4. I allege that I suffered the following injury or damages as a result: **I almost died, and if I had died, Medical staff and Security staff party to the attempt would have gotten away with it.**

5. I seek the following relief: **Nominal damages of 1$ and Punitive damages awarded by the Jury, & Possible Prosecution**

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ○ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Bruce Cooper** (defendant), who was acting as **Triage Specialist** (job title, if a person, function, if an entity) for the **Corizon Inc. for I.M.S.I for Ed I.D.O.C.** (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **Sept-Oct 2015?** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: When Bruce Cooper saw me twice and diagnosed me with Sprained Ribs when it was collapsed lungs & Pnumonia, he had about 40 years Medical experience as an Army Medic and treating prisoners and knew what he was doing. Later he was told he was under orders from P.A. Matt Valley & Dr. April Dawson Not to give Me Medical Care. Bruce Cooper once told Me I couldn't have chemotherapy because "I am a Ropstick". When I told Bruce Cooper "Your a Psicopath" and "Its under Investigation", he disappeared, after 20 years good attendance Record.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: 2 counts of Assault, Idaho Code 18-4015 - Assault with Intent to Murder and extream Crule and Unusual Punishment

4. I allege that I suffered the following injury or damages as a result: I almost died, only surviving because of an asprin overdose, and this Psycopath would have gotten away with it. Medical Records will show he denied me medical treatment about 100 times and I'll bet money Bruce Cooper is a Serial killer.

5. I seek the following relief: 1$ Nominal damages, Bruce Cooper's Net Worth in Punitive damages & Prosecutions resulting in Death Sentance

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [ ] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [ ] Yes [X] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Matthew Valley**, who was acting as **Physician's Assistant**
   *(defendant)*                                        *(job title, if a person; function, if an entity)*

   for the **Corizon Inc, for I.M.S.I for I.D.O.C.**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **Sept-Oct. 2015?**, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Had ordered Bruce Cooper not to give me Medical treatment. After I returned from the hospital I was given ample Pain Management I went to see him, about discontinuing Pain Killer, He sarcastically said "I wish I was feeling as good as you" because I was leaning over and slurring my words. I hadn't had a bowel movement in two weeks. When I ask him about how someone with 40 years Medical experiance could Misdiagnose Pnumonia and Collapsed lungs he ignored Me.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Idaho Code 18-1701 conspiracy to Idaho Code 18-4015 Assault with intent to Murder and Cruel & Unusual Punishment

4. I allege that I suffered the following injury or damages as a result: I almost died and If I had Medical staff would have gotten away with it. I suffered extream pain and many inmates have died in a similar matter.

5. I seek the following relief: 1st Nominal damages, Matthew Valley's net worth and investigations and prosecutions.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Dr. April Dawson__, who was acting as __Physician__
   (defendant)                                                (job title, if a person; function, if an entity)

   for the __Corizon Inc, for I.M.S.I for I.D.O.C.__
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __Sept-Oct 2015?__, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Despite sending many concern forms to Dr. Dawson requesting chemotherapy she ordered her Medical staff not to give me Medical treatment. Dr. Dawson is a Psycopath and is visibly upset when inmates recieve Narcotic Pain Medications. Given she cannot feel empathy for people she has no business in taking care of people. She knew I almost died and did not facilitate prosecutions of Medical staff for Attempted Murder of Myself. She might have been Participant to many inmate deaths

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Idaho Code 18-1701 Criminal Conspiracy to Idaho Code 18-4015 Assault with intent to Murder and extream Cruel & Unusual Punishment.

4. I allege that I suffered the following injury or damages as a result:
   I almost died from lack of Medical Care and as the highest Medical Authority I would call her the ringleader of the Attempted Murder on Myself. I'll bet money she has participated in killing inmates before me.

5. I seek the following relief: 1st Nominal damages and Dr. Dawson's net worth in punitive damages and Criminal Prosecutions.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
   ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 07 of 17                                (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Joshua Tuckett__, who was acting as __Medical Director__
   (defendant)                                                                            (job title, if a person; function, if an entity)

   for the __Corizon Inc. for I.M.S.I for I.D.O.C.__
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __Sept-Oct 2015?__, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):* Joshua Tuckett answered concern forms, that I should continue to file Concern Forms w/ Health Service Request to get treatment for Cronic Myleiod Leukemia even though he knew I was systematicly being denied Medical Care. He knew I was almost killed by his staff and did nothing. Inmates dieing while begging for Medical Care is a Common Occurance at I.M.S.I. until he got fired or resigned recently.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Idaho Code 18-1701 Criminal Conspiracy to Idaho Code 18-4015 Assault w/ intent to Murder and Cruel and Unusual Punishment.

4. I allege that I suffered the following injury or damages as a result: I almost died and suffered extream pain and I'll bet money Joshua Tuckett has been a ring leader and participant in Many Inmate deaths.

5. I seek the following relief: @ $1 Nominal and Joshua Tuckett's net worth punitive damages and Criminal Prosecutions

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 8 of 17                                                  (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Lt. Wayne Wilson** *(defendant)*, who was acting as **A.M.H.U. Seargent** *(job title, if a person; function, if an entity)*

   for the ~~Federal~~ **Idaho Department of Corrections** *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **during 2015-2016** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   **As Block Seargent of the Acute Mental Health Unit also known as C-Block I belive he was on duty when I had Collapsed Lungs, and Pnumonia and I Begged to go to the Hospital and he responded that I had been evaluated. Wayne Wilson hand picks which inmates occupy the A.M.H.U. and he would discharge anyone competent to complain. Thus Abuse went unchecked. No inmates were given handbooks or explaining the Administrative Remedies. Wilson came up the ranks in the A.M.H.U. and has been a participant to extreem abuse.**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   **Cruel and Unusual abuse, Obstruction of Justice, failure to report felonies and Multiple Accounts of I.C. 18-1701 Criminal Conspiracy**

4. I allege that I suffered the following injury or damages as a result:
   **I suffed extreem Physical, Psycological and Medical Abuse during Wilson's time on C-Block because he told no inmates how to complain. I only learned about the grievance system in January 2018 from a subscription to prison legal news.**

5. I seek the following relief: **1$ Nominal Damages and ~~$250,000.00~~ Net Worth In Punitive Damages.**

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Seargent Jenkins**, who was acting as **Assistant Shift Commander**
   *(defendant)*                                                        *(job title, if a person; function, if an entity)*

   for the **Idaho Department of Corrections**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **2015 - not sure date**, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: While I was getting the run around on care for Cronic Myeriod Leukemia, I had sent 57 Concern form to staff of which 33 were answered "File a Health Service Request". I ask Seargent Jenkins how do I get Chemotherapy. He's responce was, "Your not going to get it", "Your asking everyone", and "Quit asking" and "Your going to die" and "We all got to die sometime." I guess he did this because he dosen't like Me.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Cruel and Unusual Punishment ~~8th Amendment~~ and Idaho Code 18-1701 conspiracy to 18-4015 Assault with intent to Murder.

4. I allege that I suffered the following injury or damages as a result: A little Mental Angish. This is typical of the treatment of the Inmates in the Acute Mental Health Unit. While officers are badgered and treated like ~~sp~~ Jerks in other units at I.M.S.I, some take out their Frustrations on Mentally Ill inmates who are Incompetent to Complain.

5. I seek the following relief: A Nominal Damages, $6,000 Punitive damages and investigation and possible prosecution.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. ~~6~~ 10 of 17                                                (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Gary Acree** (defendant), who was acting as **Medical Appointment Officer** (job title, if a person; function, if an entity) for the **Idaho Department of Corrections for I.M.S.I.** (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **Sept-Oct 2015?** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Officer Gary Acree has been the Main Officer escorting inmates to Medical Appointments. He has been witness to me being denied Medical care about 100 times with a couple insidences almost resulting in my death. He has probally been witness to several to many inmate deaths by denial of Medical Care. While he comes off as a decent person, like all I.M.S.I. he is above reporting abuse towards inmates.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Failure to report Abuse, Attempted Murder, Possible Murders and failure to offer Help when I begged Him to take Me to the hospital.

4. I allege that I suffered the following injury or damages as a result: I have almost died, suffered countless cruel and unusual Punishment and Gary Acree has probably witness several intentional deaths. He could had at any time told me about the Grievance Process.

5. I seek the following relief: 1st Nominal Damages and Gary Acree's net worth in Punitive damages unless he testifys against other Staff Members, in criminal Proceedings.

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [ ] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [ ] Yes [X] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 11 of 17 *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Jane Does & John Does** who was acting as **Medical Staff**
   *(defendant)*  *(job title, if a person; function, if an entity)*

   for ~~the~~ **Corizon Inc for I.M.S.I. for I.D.O.C.**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **Sept-Oct 2015?**, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: One of the first things all Medical professionals are taught is how to recognize pnumonia. I was begging all Medical Staff to take me to the hospital. I was telling staff I feel like I'm being stabbed everytime I breathed in. Every time I took a breath I would cry in pain. Discovery will show what Medical staff ignored my cries for help. My memories are foggy from lack of sleep. I had commited an assault on Medical Staff so I think they wanted me dead.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Idaho Code 18-1701 Criminal Conspiracy to Idaho Code 18-4015 Assault w/ Intent to Murder and Cruel & Unusal Punishment.

4. I allege that I suffered the following injury or damages as a result: I suffered extreamy pain and almost died. Inmates have regularly died under similar circumstances. Police do not do thurogh investigations on inmate deaths and Prison Investigations covers up deaths

5. I seek the following relief: 1st nominal damages and punitive damages of net worth.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ○ Yes  ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Saint Luke's Hospital** (defendant) who was acting as **Hospital** (job title, if a person; function, if an entity)

   for the **Idaho Department of Corrections/Private Hospital** (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **Sept-Oct 2015?** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   When I arrived at St. Luke's I hadn't slept for a week and request General Anastetic because every time I took a breath it felt like I was being stabbed in the chest in 3 places. In the week to 10 days I was in the hospital I only got one short nap and the officers guarding me said I was moaning as I slept. The doctor who perscribed Pain Medicine was rude and cocky. Nurses refused to let me talk to doctors. As a prisoner I was denied proper pain management because they assumed I was a hard drug addict, I think.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   Extreamy Cruel and Unusual Punishment. Failure to report an attempted Murder.

4. I allege that I suffered the following injury or damages as a result: Cruel & Unusual Punishment I wouldn't go through the pain and exaustion for all the money in the world. I'm suprised I didn't have a seizure or die from lack of sleep. As St. Luke's did save my life and has provided good care since I will take a settlement

5. I seek the following relief: 1$ nominal damages and Punitive damages awarded by the jury. I will accept a prompt settlement if Doctors become prosecution witnesses.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ○ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 13 of 17 (Rev. 10/24/2011)

C.8 Exaustion of Grievance System and Statute of Limitations

Upon arrival at prison in Idaho I was rushed to a Mental Health unit and not given orientation or a handbook. On 8/5/18, the 8th anniversary of my crime, I recieved a dated Inmate Handbook. It took another 6 months to get the Grievance Policy. I only learned of the grievance system and statute 1983 lawsuit in January 2018 when I recieved my subscription to Prison Legal News, Thus statute of limitations run until January 2020.

The Multiple Black Seargents of the Acute Mental Health Unit at I.M.S.I. are allowed to handpick which inmates are admitted to C-Block, thus all inmates competent to complain were quickly discharged. Abuse has and continues to go unchecked. In one year's time 6 of the 80 inmates on C-Block died from medical complications and suicide. The national average for prison suicides is 16 per 100,000 Inmate Years. I.M.S.I has up to 80 times the normal rate.

The grievance system takes an educated individual to utilize. I was housed with mostly uneducated and incompetent prisoners, so noone knew about administrative remedys. I have plenty of Grievances concerning abuse on inmates that were returned for technical errors.

Ethically the Judge assigned to this case must validate this lawsuit because abuse must be addressed and stopped. If this lawsuit is does not hold staff acountable I will take the law into my own hands.

Prisoner Complaint P. 14 of 17

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| U.S.D.-ID | 1-18-cv-546 | NNH vs Wayne Wilcox | Dismiss. w/Prejuice | No |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ◯ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: Dispite me being an accredited Paralegal, I struggle with Mental Illness. Corizon and I.D.O.C. will have a Team of experienced attorneys. This lawsuit should result in Criminal Prosecutions. Please appoint a lawyer with Prosecution experience.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* E-Filing.

Executed at _____ on _____.
(Location)                                (Date)

_____
*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 15 of 17                                    *(Rev. 10/24/2011)*